IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Joe Axberg and Pamela Stegora Axberg, Plaintiffs, | ) | Court File No. 01-158 (ADM/AJB) |
| v. | ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| Black & Decker (U.S.) Inc., Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims in the above-entitled action may be dismissed on the merits with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that the Court may enter and file the following Order.

Dated: 4/10, 2002.

YOST & BAILL, PLLP

By ______________________________

David J. Yarosh Reg. No. 184123
One Financial Plaza, Suite 2350
120 South 6th Street
Minneapolis, MN 55402
(612) 338-6000

ATTORNEYS FOR PLAINTIFFS

APR 11 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 11 2002
DEPUTY CLERK

Dated: March 25, 2002.

HINSHAW & CULBERTSON

By ______________________
Russell S. Ponessa Reg. No. 169316
3100 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 333-3434

ATTORNEYS FOR DEFENDANT BLACK & DECKER (U.S.) INC.

**ORDER**

Based upon the foregoing STIPULATION,

IT IS HEREBY ORDERED that all claims in the above-entitled action are dismissed on the merits with prejudice without further costs, disbursements or attorneys' fees to any party.

IT IS FURTHER ORDERED that the Clerk shall enter JUDGMENT accordingly.

Dated: April 11, 2002.

BY THE COURT

______________________
The Honorable Ann D. Montgomery
United States District Court Judge